**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 2:23-cv-14307-AMC

HOWARD MICHAEL CAPLAN,

      Plaintiff,

      vs.

FAR FROM BROKEN AUTO SALES,
INC., a Florida Profit Corporation d/b/a
SMART CHOICE AUTO SALES and 960
US 1, LLC, a Florida Limited Liability
Company,

      Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

The undersigned counsel hereby file this Notice of Settlement and give notice to this

Honorable Court that the parties are in the process of completing settlement documents which

will resolve all the issues pertaining to this lawsuit and will be submitting a Stipulation of

Dismissal shortly thereafter.


Respectfully submitted,


| | |
|---|---|
| *Ronald Stern* | *Alex B. C. Ershock* |
| Ronald Stern, Esq. | Alex B. C. Ershock, Esq. |
| Florida Bar No. 10089 | Florida Bar No. 100220 |
| Ronnette Gleizer, Esq. | Daniel R. Levine, Esq. |
| Florida Bar No. 87417 | Florida Bar No. 0057861 |
| THE ADVOCACY LAW FIRM, P.A. | PADULA BENNARDO LEVINE, LLP |
| 1835 E Hallandale Beach Blvd., # 757 | 3837 NW Boca Raton Blvd., Suite 200 |
| Hallandale, Florida 33009 | Boca Raton, FL 33431 |
| Telephone: (954) 639-7016 | Telephone: (561) 544-8900 |
| Facsimile: (954) 639-7198 | Facsimile: (561) 544-8999 |
| Email: ronsternlaw@gmail.com | Email: ABE@PBL-Law.com |
| Attorneys for Plaintiff | Attorneys for Defendants |

Case No. 2:23-cv-14307-AMC

HOWARD MICHAEL CAPLAN,

      Plaintiff,

      vs.

FAR FROM BROKEN AUTO SALES,
INC., a Florida Profit Corporation d/b/a
SMART CHOICE AUTO SALES and 960
US 1, LLC, a Florida Limited Liability
Company,

      Defendants.

_____/

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on April 24, 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff