# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 2:23-cv-14307-AMC

HOWARD MICHAEL CAPLAN,

      Plaintiff,

vs.

FAR FROM BROKEN AUTO SALES, INC., a Florida Profit Corporation d/b/a SMART CHOICE AUTO SALES and 960 US 1, LLC, a Florida Limited Liability Company,
      Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own attorneys' fees, costs and expenses other than those specified in a Confidential Settlement Agreement and agree not to file any additional motions in this matter. All Parties consent to the form and content of this Stipulation and Order.

Respectfully submitted,

| | |
|---|---|
| *Ronald Stern* | *Daniel R. Levine* |
| Ronald Stern, Esq. | Daniel R. Levine, Esq. |
| Florida Bar No. 10089 | Florida Bar No. 0057861 |
| THE ADVOCACY LAW FIRM, P.A. | PADULA BENNARDO LEVINE, LLP |
| 1835 E Hallandale Beach Blvd., # 757 | 3837 NW Boca Raton Blvd., Suite 200 |
| Hallandale, FL 33009 | Boca Raton, FL 33431 |
| Telephone: (954) 639-7016 | Telephone: (561) 544-8900 |
| Facsimile: (954) 639-7198 | Facsimile: (561) 544-8999 |
| Email: ronsternlaw@gmail.com | Email: DRL@pbl-law.com |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 2:23-cv-14307-AMC

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

FAR FROM BROKEN AUTO SALES, INC., a Florida Profit Corporation d/b/a SMART CHOICE AUTO SALES and 960 US 1, LLC, a Florida Limited Liability Company

    Defendants.
_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on May 09, 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.


By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com
Attorney for Plaintiff, HOWARD MICHAEL CAPLAN